Nathan Fransen, Bar # 242867
FRANSEN AND MOLINARO, LLP
4160 Temescal Canyon Road, Suite 306
Corona, CA 92883
Telephone: (951) 520-9684
Fax: (951) 277-7598
nathan@fmattorney.com
Attorneys for Plaintiff and Counter-Defendans
Robert J. Genova and Dora S. Genova

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. GENOVA, an individual, and DORA S. GENOVA, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> THE REO GROUP, INC., a California corporation, AND DOES 1-10 <br><br> Defendants. <br><br>———————————————— <br> THE REO GROUP, INC., a California Corporation, <br><br> Counter-claimant, <br><br> v. <br><br> ROBERT J. GENOVA, an individual, and DORA S. GENOVA, an individual, and ROES 1 through 10, inclusive, <br><br> Counter-defendants <br><br>———————————————— | Case No.: 2:17-cv-05328-DOC (JCx) <br> Judge: Hon. David O. Carter <br><br> **JOINTLY PREPARED RULE 26(f) REPORT AND PROPOSED DISCOVERY PLAN** <br> **[F.R.C.P. 26(f)]** <br><br> <u>Scheduling Conference</u> <br><br> Date:   November 27, 2017 <br> Time:  8:30 a.m. <br><br> Loc:    Ronald Regan Federal Building <br>          United States Courthouse <br>          Courtroom 9D |

**. *FEDERAL RULE OF CIVIL PROCEDURE 26(f)* CONFERENCE COUNSEL:**

Pursuant to *Federal Rule Civil Procedure 26(f)*, a conference was held by: Nathan Fransen, attorney for Plaintiffs and Counter-Defendants Robert J. Genova and Dora Genova (hereafter "Plaintiffs"), and Coby Halavais, attorney for Defendant The REO Group, Inc., (hereafter "REO"). The address and telephone numbers of counsel are as follows:

Nathan Fransen and Paul J. Molinaro for Plaintiffs and Cross-Defendants

Fransen & Molinaro, LLP

4160 Temescal Canyon Road, Suite 306

Corona, CA 92883

(951)520-9684 Tel. / (951)277-7598 Fax

nfransen@fransenandmolinaro.com

pmolinaro@fransenandmolinaro.com

Coby Halavais for Defendant and Counter-Claimant

Halavais & Associates, APC

1 Orchard Ste 110

Lake Forest, CA 92630

(949)305-8903 Tel. / (949)305-8406 Fax

coby@halavaislaw.com

////
////
////
////
////

## 2. DESCRIPTION OF CASE:

(a) BRIEF SUMMARY OF CLAIMS:

Plaintiffs allege that REO violated provisions of the Truth In Lending Act concerning a refinance loan transaction secured by residential real property. Plaintiffs allege that the loan transaction was disguised as a business purpose loan secured by a non-owner occupied rental property. If the subject property was residential and the loan was treated as a consumer loan, the terms would not be compliant and the disclosures insufficient. Plaintiffs contend they exercised their extended right to rescind the subject transaction based on these deficiencies.

REO contends that the loan was not subject to the provisions of TILA because Plaintiffs knowingly signed various documents representing that the loan transaction was for a business purpose and secured by a non-owner occupied property.

(b) STATUS OF SERVICE

All defendants have been served at this time. REO filed a counterclaim which Plaintiffs have Answered.

(c) POSSIBLE JOINDER

Based on initial informal discovery and review, Plaintiffs intend to add an additional defendant, specifically Adenheim, Inc., the broker involved in the transaction.

(d) AMENDED PLEADINGS

Plaintiffs have already filed a First Amended Complaint and REO has answered the First Amended Complaint. Plaintiffs anticipate seeking leave to file a Second Amended Complaint to add a new defendant.

(e) <u>BASIS FOR JURISDICTION AND VENUE</u>

Jurisdiction is conferred on this Court as to claims under the Truth in Lending Act (hereafter "TILA") and the Home Ownership and Equity Protection Act (hereafter "HOEPA") by 15 U.S.C. § 1640(e) and 28 U.S.C. §§ 1331, 1337. The Court has authority to issue a declaratory judgment by virtue of 28 U.S.C. § 2201. Venue is proper as the Subject Property is located in San Dimas, California.

(f) <u>JOINTLY PROPOSED DISCOVERY PLAN:</u>

The parties request that the limitations provided for within the Federal Rules of Civil Procedure be applied in this case.

(g) <u>PROPOSED CUT-OFF DATES FOR DISCOVERY</u>

Written discovery of all parties should be completed no later than <u>June 15, 2018</u>, assuming a thirty day response deadline for answers. Depositions of key parties and witnesses should be completed by <u>July 15, 2018</u>, assuming deponents make themselves available after receiving fair notice. Discovery should be completed by <u>July 15, 2018</u>.

(h) <u>PROPOSED DATE FOR MOTION CUT-OFF</u>

All motions shall be heard no later than <u>August 31, 2018</u>.

(i) <u>FINAL PRETRIAL CONFERENCE AND TRIAL</u>

Final Pretrial Conference: <u>October 1, 2018</u>.

First day of Trial: <u>October 16, 2018</u>

(j) <u>PROPOSED MODIFICATION OF PRETRIAL PROCEEDINGS</u>

The parties do not request any modifications to the standard pretrial proceedings.

(k) <u>ESTIMATED LENGTH OF TRIAL</u>

A jury trial is estimated at 4 days.

(l) <u>STATEMENT AS TO OTHER RELATED CASES</u>

Currently no other related cases exist between the parties.

(m)     <u>MOTIONS</u>

In addition to Plaintiffs' motion for leave to amend their First Amended Complaint, the Parties may also file Motions for Summary Judgment after completion of discovery.

**<u>SETTLEMENT POTENTIAL</u>**

  Presently no settlement offers have been made, however the parties remain willing to confer as appropriate and entertain settlement offers as they arise. Given the specific allegations, Plaintiffs are hopeful that discovery will be of great help in resolving the matter expeditiously.

  The Parties elect as a settlement procedure, appearance before a Mediator from the Court's Mediation Panel.

Dated:     November 13, 2018

By:     <u>/s/ Nathan Fransen</u>

   Nathan Fransen
   Fransen and Molinaro, LLP
   Attorney for Plaintiffs,
   ROBERT J. GENOVA and
   DORA S. GENOVA

Dated: November 9, 2018
By: _____
HALAVAIS & ASSOCIATES, APC
Attorneys for THE REO GROUP, INC.